

# Fourth Court of Appeals
## San Antonio, Texas

April 27, 2021

No. 04-21-00141-CV

**IN THE INTEREST OF J.L.W., CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01086
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

On April 13, 2021, appellant filed a notice of appeal stating her intent to appeal a final decree of termination signed "on or about March 15, 2021." The clerk's record was filed on April 26, 2021. Although the clerk's record contains the judge's notes, the clerk's record did not contain an order terminating appellant's parental rights. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at \*1 (Tex. App.—San Antonio July 17, 2013, no pet.) (noting judge's notes do not constitute a final order) (mem. op.). In response to this court's inquiry, the trial court clerk confirmed the trial court has not signed a final order. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because no final order has been entered in the underlying case, appellant is ORDERED to show cause in writing **no later than May 7, 2021** why this appeal should not be dismissed for lack of jurisdiction.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of April, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court